**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZETTE C. GOMEZ,

     Plaintiff,

 v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

     Defendant.
_____/

No. C 04-03848 MEJ

**JUDGMENT**

    This action having come before the Court on the parties' cross-motions for summary judgment and the court having granted Plaintiff's motion in part, it is Ordered and Adjudged that the Commissioner's final decision is remanded pursuant to sentence four of 42. U.S.C. § 405(g). Accordingly, the Court enters judgment in favor of Plaintiff as to the remanded claim, and judgment in favor of Defendant as to all remaining claims. This constitutes a final judgment under Federal Rule of Civil Procedure 58. The Clerk of Court shall close the file.

    **IT IS SO ORDERED.**

Dated: July 11, 2005

                                                        _____
                                                        MARIA-ELENA JAMES
                                                        United States Magistrate Judge